SCJD-13-0003734

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

In the Matter of the Investigation of

MIMI DESJARDINS, Respondent.

---

ORIGINAL PROCEEDING
(#13-01)

ORDER

(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.,
and Intermediate Court of Appeals Chief Judge Nakamura,
assigned by reason of vacancy)

Upon consideration of the Order of Suspension filed on August 21, 2014 and that public discipline was imposed against Respondent Mimi Desjardins. Therefore,

IT IS HEREBY ORDERED that the clerk of the court shall release the Order of Suspension as a public document.

DATED: Honolulu, Hawai'i, August 22, 2014.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Craig H. Nakamura

